1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY AND NANCY TEVIS,               No.  2:13-mc-0082 MCE AC PS

12            Appellants,

13        v.                              ORDER

14   MICHAEL F. BURKART, et al.,

15            Appellees.

16

17        Appellants are proceeding or are seeking to proceed with a bankruptcy appeal, which has

18   been referred to the Bankruptcy Appellate Panel of the Ninth Circuit, and which bears BAP No.

19   EC-13-1211 and Bk. Case No. 04-26357.

20        Pending before this court is the appellants' application to proceed in forma pauperis,

21   which has been referred to this court by order of Bankruptcy Judges Dunn and Kirscher, filed

22   August 7, 2013 with the bankruptcy appellate panel and filed in this court on the same day.  The

23   matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules

24   72-302 and 72-303.

25        Appellants' initial application to proceed in forma pauperis was referred to the bankruptcy

26   court, giving that court the opportunity to make a certification under 28 U.S.C. § 1915(a)(3)

27   regarding whether the appellants' appeal was frivolous.  On July 31, 2013, a certification was

28   made by the bankruptcy court declining to certify that the appeal is "not taken in good faith"

1

1  within the meaning of 28 U.S.C. § 1915(a)(3), determining that the appeal "is not frivolous" for

2  purposes of 28 U.S.C. § 753(f), and determining that the appeal does not present a "substantial

3  question" within the meaning of the penultimate sentence of 28 U.S.C. § 753(f).

4    Pursuant to the holding of <u>Perroton v. Gray (In re Perroton)</u>, 958 F.2d 889 (9th Cir. 1992)

5  and <u>Determan v. Sandoval (In re Sandoval),</u> 186 B.R. 490, 496 (9th Cir. BAP 1995), it was

6  determined that the Bankruptcy Appellate Panel has no authority to grant or deny in forma

7  pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the

8  United States" as defined in 28 U.S.C. § 451.  This matter was therefore transferred to this court

9  for the limited purpose of ruling on the appellants' in forma pauperis motion.

10    The court has reviewed the application submitted by appellants.  Appellants have made

11  the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma

12  pauperis will be granted.  28 U.S.C. § 1915(a).

13    Further, because this matter was transferred to this court for the sole and limited purpose

14  of ruling on the motion to proceed in forma pauperis, and because this court has performed the

15  purpose of the transfer, the court will order the matter transferred to the Bankruptcy Appellate

16  Panel.

17    Accordingly, it IS ORDERED that

18   1. Appellants' application to proceed in forma pauperis is granted, and

19   2. This matter is transferred back to the United States Bankruptcy Appellate Panel of the

20    Ninth Circuit; and

21   3. The Clerk of Court is directed to serve this order by mail upon appellants Larry and

22    Nancy Tevis at P.O. Box 156, Rescue, California 95672, and to make appropriate

23    service upon the other parties and the United States Bankruptcy Appellate Panel of the

24    Ninth Circuit; and

25  ////

26  ////

27  ////

28  ////

1        4.   This district court case, No. 2:13-mc-0082 MCE AC, shall be administratively closed.

2    DATED: August 8, 2013

3

4                                                    ALLISON CLAIRE
                                                     UNITED STATES MAGISTRATE JUDGE
5

6

7

8
     /mb;tevi0082.ifp
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28